

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00001-CV

**IN THE INTEREST OF E.L.M.M.**, et al., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01857
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFRIMED.

SIGNED April 15, 2015.

_____
Rebeca C. Martinez, Justice